# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 24-06098 |
|    Bobby Dockery | ) | | |
|        Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

**TO:** See attached list

    PLEASE TAKE NOTICE that on Thursday, March 13th, 2025 at 10:00am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in Courtroom 744 at 219 S Dearborn St, Chicago, IL 60604 or electronically as described below, and present the Debtor's attached MOTION TO MODIFY PLAN.

    Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.

    To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    Meeting ID and passcode. The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID can also be found on the judge's page on the court's web site.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                       **By:**    */s/ Charles Field Kinzer*
                                                                                  Charles Field Kinzer

# CERTIFICATE OF SERVICE

I, __Charles Field Kinzer_____,

☑ an attorney, certify

-or-

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on __February 18, 2025__ at __7:09 PM__.

**By:** ___*/s/ Charles Field Kinzer*___
Charles Field Kinzer
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

\* All applicable boxes must be checked and all blanks filled in.

# LIST OF PARTIES SERVED

Via ECF:
 Thomas H. Hooper, 55 E. Monroe St. #3850 , Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

By regular mail:
Bobby Terrell Dockery, 104 Fellows Ct , Elmhurst, IL 60126

SEE ATTACHED LIST FOR ALL PARTIES SERVED

Bobby Terrell Dockery
119 N. Mayfield St.
Chicago, IL 60644

Capital One
Attn: Bankruptcy Dept.
PO BOX 31293
SALT LAKE CITY UT 84131

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Comenitybank/Jared
Attn: Bankruptcy Dept.
PO BOX 182789
COLUMBUS OH 43218

Credit One Bank Na
Attn: Bankruptcy Dept.
PO BOX 98875
LAS VEGAS NV 89193

Credit Control, LLC
Bankruptcy Dept.
3300 Rider Trl S Ste 500
Earth City MO 63045

Elmhurst Terrace Apartments
100 Fellows Court
Elmhurst IL 60126

First Premier Bank
Attn: Bankruptcy Dept.
601 S MINNESOTA AVE
SIOUX FALLS SD 57104

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield IL 62794

IRS Non-Priority
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101

IRS Priority Debt
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101

LVNV Funding
Bankruptcy Department
355 S Main St Ste 300-D
Greenville SC 29601

Credit Control, LLC
Bankruptcy Dept.
3300 Rider Trl S Ste 500
Earth City MO 63045

Merrick Bank
Bankruptcy Department
PO Box 5000
Draper UT 84020

Mission Lane Tab Bank
Attn: Bankruptcy Dept.
101 2ND ST STE 350
SAN FRANCISCO CA 94105

North Side L
Attn: Bankruptcy Dept.
1419 W ROOSEVELT RD
BROADVIEW IL 60155

Opp Loans
Attn: Bankruptcy Dept.
130 E RANDOLPH ST STE 34
CHICAGO IL 60601

Pathward Na/Oportun
Attn: Bankruptcy Dept.
5501 S BROADBAND LN
SIOUX FALLS SD 57108

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park KS 66207

Tbom/Milestone
Attn: Bankruptcy Dept.
PO BOX 4499
BEAVERTON OR 97076

Concora Credit
Bankruptcy Dept.
14600 NW Greenbriar Pkwy
Beaverton OR 97006

Village of Bellwood
Attn: Bankruptcy Dept.
3200 Washington Blvd.
Bellwood IL 60104

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 24-06098 |
|    Bobby Dockery | ) | | |
|        Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Mr. Bobby Dockery (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 04/25/2024.

3. The Debtor's plan was confirmed by the Court on 9/5/2024.

4. In the late fall of 2024, the Debtor experienced an unexpected spike in his household expenses. He subsequently fell behind on his plan payments, and he has now incurred a motion to dismiss for nonpayment, which is being heard alongside this motion.

5. The Debtor is working and has resumed paying the Trustee in full. He believes he can continue to pay the Trustee going forward. He cannot, however, cure his full default in a lump sum. See Exhibit A, an amended budget.

6. The Debtor further reports that payroll deductions have begun being deducted from his paychecks.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the arrears to the end of the plan term.

WHEREFORE THE DEBTOR, Mr. Bobby Dockery, respectfully request this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term.

2. Any other relief the court deems proper.

**By:** ____/s/ *Charles Field Kinzer*__
Charles Field Kinzer
Attorneys for the Debtors
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800
(Fax): 877.247.1960
ndil@geracilaw.com